Paul D. Supnik [SBN 52842]
Email: paul@supnik.com
9401 Wilshire Blvd., Suite 1250
Beverly Hills, CA 90212
Telephone: 310-859-0100
Facsimile: 310-388-5645

*Attorney for Defendant Fwoosh LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HAND CANDY TOYS LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>FWOOSH LLC,<br><br>    Defendant | Case No.: 5:21-cv-1040-JGB (KKx)<br><br>Hon. Jesus B. Bernal<br><br>**NOTICE OF ERRATA RE REPLY IN SUPPORT OF EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR RESPOND TO AUGUST 16, 2021** |

　　　PLEASE TAKE NOTICE that Docket Entry 13 (REPLY IN SUPPORT OF EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR RESPOND TO AUGUST 16, 2021) was made in error and should be disregarded.  This document is being replaced by an AMENDED REPLY IN SUPPORT OF EX

1

PARTE APPLICATION TO EXTEND TIME TO ANSWER OR RESPOND TO AUGUST 16, 2021.

Dated July 10, 2021.                              /s/
                                   _____
                                   Paul D. Supnik
                                   *Attorney for Defendant Fwoosh LLC*

2